AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | )|
|---|---|
| Frieda Aaron, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-220 |
| The Medical Protective Company Inc., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Plaintiff's Complaint (Doc. 1) is sua sponte dismissed without prejudice for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date: 4/24/23

CLERK OF COURT

*Scott M. [signature]*
Signature of Clerk or Deputy Clerk